# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TAFT DWAYNE GAULT, ET AL.**                                                         **PLAINTIFFS**

**v.**                                     **Case No. 4:12-CV-00636-KGB**

**CONWAY POLICE DEPARTMENT, ET AL.**                                         **DEFENDANTS**

## ORDER

The parties have filed a joint motion to dismiss with prejudice this case (Dkt. No. 10). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice.

SO ORDERED this 23rd day of August, 2013.

_____
Kristine G. Baker
United States District Judge